# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Andre Christopher Heaggins , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:15-cv-00281 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carlton Joyner, et al , | ) | |
| | ) | |
| Respondents | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2016 Order.

January 8, 2016

_____
Frank G. Johns, Clerk
United States District Court